UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>JO ELLIS, in her individual and representative capacity as Trustee--Jo & Larry Ellis Family Trust;<br>LARRY ELLIS, in her individual and representative capacity as Trustee--Jo & Larry Ellis Family Trust;<br>SUSAN N LARSON; and Does 1-10,<br><br>          Defendants. | Case No.: 2:14-CV-00872-JAM-KJN<br><br>**ORDER** |

## **ORDER**

Pursuant to the representations of plaintiff, the court has determined this case has settled. (ECF No. [11]).  Dispositional documents shall be filed no later than August 6, 2015.  Accordingly, all previously set deadlines/hearings are VACATED.

**IT IS SO ORDERED.**

Dated: June 4, 2015          /s/ JOHN A. MENDEZ
                             HONORABLE JOHN A. MENDEZ
                             United States District Court Judge