UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JO ELLIS, in her individual and representative capacity as Trustee--Jo & Larry Ellis Family Trust; LARRY ELLIS, in her individual and representative capacity as Trustee--Jo & Larry Ellis Family Trust; SUSAN N LARSON; and Does 1-10<br><br>    Defendants. | Case: 2:14-CV-00872-JAM-KJN<br><br>**ORDER** |

**ORDER**

Pursuant to the parties stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:   7/9/2015        /s/ John A. Mendez
                         HONORABLE JOHN A. MENDEZ
                         UNITED STATES DISTRICT COURT JUDGE